IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00187-BNB

JAMES E. ALDRIDGE, JR.,

    Petitioner,

v.

UNITED STATES ATTORNEY GENERAL, and
AGENT WARDEN RENE GARCIA,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Petitioner's "Motion for a More Definite Statement Pursuant to Rule 12(e)" filed on April 7, 2010, is DENIED.

Dated: April 8, 2010