**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00187-ZLW

JAMES E. ALDRIDGE, JR.,

    Petitioner,

v.

UNITED STATES ATTORNEY GENERAL, and
AGENT WARDEN RENE GARCIA,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE ZITA LEESON WEINSHIENK

    Petitioner's "Motion to Dismiss Respondent's Motion to Authorize Petitioner's Transfer" filed on November 17, 2010, is DENIED as moot because the Court granted the Motion to Authorize Petitioner's Transfer by order filed on November 15, 2010.

Dated:  November 18, 2010